APR 29 2009

Entered on Docket
May 06, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The LJE Trust of June 25, 1994;
J. Lucena;
E. Lucena; and
A. Lucena

de pro-per

PO Box 10207
San Jose, Ca. 95157-1207

The following constitutes
the order of the court. Signed May 1, 2009

Marilyn Morgan
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

In Re: MICHAEL J. SCHNEIDER,
         DEBTOR

Case No. 06-50441-MM

THE LJE TRUST OF JUNE 25, 1994;
J. LUCENA; E. LUCENA; and A. LUCENA,
PLAINTIFFS

Chapter: 7 (Converted)

ADVERSARY PROCEEDING

v.

Case No. 08-5251-MM

MICHAEL J. SCHNEIDER,
DEBTOR and DEFENDANT

## JUDGMENT BY STIPULATION

Based on the parties' request for entry of a Stipulated Judgment, and it appearing that a final judgment against DEFENDANT and DEBTOR is appropriate, and that good cause exists,

JUDGMENT IS ENTERED as follows:

1. PLAINTIFF The LJE Trust of June 25, 1994 shall have judgment against DEBTOR on its First Claim for Relief for False Pretenses, False Representations And Fraud; Willful And Malicious Injury To PLAINTIFF in the principal amount of $2,291,562.00 plus interest

thereon starting on 3-24-06 at the rate of 10% per annum or at the maximum rate permitted by law, to accrue until said judgment is satisfied.

2. Said award to PLAINTIFF The LJE Trust of June 25, 1994 against DEBTOR in the principal amount of $2,291,562.00 plus interest is not dischargeable under 11 U.S.C. § 523a(2)(A) and (4), and (6).

3. PLAINTIFFS J. Lucena and E. Lucena shall jointly have judgment against DEBTOR on their First Claim for Relief for False Pretenses, False Representations And Fraud; Willful And Malicious Injury To PLAINTIFFS in the principal amounts of $79,838.00.

4. Said award for PLAINTIFF J. Lucena and E. Lucena against DEBTOR in the principal amounts of $79,838.00 is not dischargeable under 11 U.S.C. § 523a(2)(A) and (4), and (6).

5. PLAINTIFF A. Lucena shall have judgment against DEBTOR on her First Claim for Relief for False Pretenses, False Representations And Fraud; Willful And Malicious Injury To PLAINTIFF in the principal amounts of $211,610.00 plus interest thereon starting on 3-24-06 at the rate of 10% per annum or at the maximum rate permitted by law, to accrue until said judgment is satisfied.

6. Said award for PLAINTIFF A. Lucena against DEBTOR in the principal amounts of $211,610.00 plus interest is not dischargeable under 11 U.S.C. § 523a(2)(A) and (4), and (6).

7. PLAINTIFFS are entitled to a recovery of the $250 filing fee.

8. PLAINTIFFS' Second Claim for Relief for Breach Of Contract is dismissed without prejudice.

**END OF JUDGMENT**